IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| WENDY NORING, | ) | Case No. _____ |
|     Plaintiff, | ) | |
| | ) | |
| . v. | ) | COMPLAINT AND JURY DEMAND |
| | ) | |
| H&R ACCOUNTS INC., | ) | |
|     Defendant. | ) | |

## COMPLAINT

Plaintiff Wendy Noring, by her attorney Ray Johnson, for her claims against the Defendant states:

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant H&R Accounts, Inc. (hereafter "H&R Accounts) for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (hereafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and for violations of Iowa Code § 537.7103.

## II. JURSIDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

## III. PARTIES

3. Plaintiff Noring is a natural person residing in Waukee, Iowa.

4. Defendant, H&R Accounts, is a business engaged in the collection of debts in the state of Iowa.

5. H&R Accounts is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## IV. FACTUAL ALLEGATIONS

6. Noring owes no debt whatsoever that H&R Accounts is collecting.

7. On or about November 5, 2013, H&R Accounts instructed the Dallas County Sheriff to serve a wage garnishment on Noring's employer.

8. Noring's wages were in fact garnished even though H&R Accounts had no legal right to do so.

## V. FIRST CLAIM FOR RELIEF

9. All facts and allegations of this Complaint are incorporated herein by reference.

10. H&R Accounts violated the FDCPA, 15 U.S.C. § 1692c.  H&R Accounts' violations include, but are not limited to, the following:

   a. H&R Accounts violated 15 U.S.C. § 1692c(b) by communicating the existence of an alleged debt to her employer without her consent or to effectuate a valid post-judgment remedy.

   b. H&R Accounts violated 15 U.S.C. § 1692e by using a false, deceptive or misleading means to collect a debt, including but not limited to the character, amount or legal status of a debt; and the representation or implication that nonpayment of any debt will result in the garnishment of wages; and threatening to take an action that cannot legally be taken.

  c. H&R Accounts violated 1692f by using unfair or unconscionable means to collect or attempt to collect a debt.

11. As a result of the above violations of the FDCPA, H&R Accounts is liable to Noring for statutory damages, actual damages, including damages for emotional distress, costs and attorney's fees.

  **WHEREFORE**, Noring respectfully requests that judgment be entered against H&R Accounts for the following:

  A. Actual damages;

  B. Statutory damages pursuant to 15 U.S.C. § 1692k.

  C. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k.

  D. For such other relief as the Court deems appropriate in the circumstances.


## VI. SECOND CLAIM FOR RELIEF

12. All facts and allegations of this Complaint are incorporated herein by reference.

13. H&R Accounts is a "creditor" as defined in Iowa Code § 537.7102(2).

14. The alleged obligation of Noring to H&R Accounts is a "debt" as defined by Iowa Code § 537.7102(3).

15. H&R Accounts is a "debt collector" engaged in "debt collection" as defined by Iowa Code §§ 537.7102(4) and (5).

16. The foregoing acts, omissions and practices of H&R Accounts are violations of Iowa Code § 537.7103, including but not limited to:

  a. H&R Accounts violated Iowa Code § 537.7103(1)(f) by taking action prohibited by this chapter or any other law.

    b.   H&R Accounts violated Iowa Code § 537.7103(1)(e) by serving a garnishment notice on payment containing a false threat that wages would be garnished as a result of nonpayment.

    c.   H&R Accounts violated Iowa Code § 537.7103(3)(a) by communicating to her employer about the fact of an alleged debt without her written permission.

    d.   H&R Accounts violated Iowa Code § 537.7103(1)(c) making a false accusation to a person that a debtor is willfully refusing to pay a just debt.

    e.   H&R Accounts violated Iowa Code § 537.7103(4)(e) by making a representation which tends to create a false impression about the character, extent or amount of a debt, or its status in a legal proceeding.

    f.   537.7103(5)(d) by collecting or attempting to collect interest or other charges, fees or expenses not legally chargeable to Plaintiff.

17. As a result of the above violations of the Iowa Code, H&R Accounts is liable to Noring for statutory damages, actual damages, including damages for emotional distress, costs and attorney's fees.

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered against H&R Accounts for the following:

    A.   Actual damages.

    B.   Statutory damages.

    C.   Costs and reasonable attorney's fees.

    D.   For such other relief as the Court deems appropriate in the circumstances.

## V. JURY DEMAND

Plaintiff hereby demands a jury on all issues triable to a jury.

Respectfully submitted,

RAY JOHNSON AT0004019
JOHNSON LAW FIRM
950 Office Park Rd., Suite 221
West Des Moines, Iowa 50265
Phone:  515-224-7090
Fax:  515-222-2656
Johnsonlaw29@aol.com