UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| WENDY NORING, | Case No. 4:13-cv-496 |
| Plaintiff, | |
| vs. | |
| | **JOINT STIPULATION OF DISMISSAL** |
| H&R Accounts, Inc., | **WITH PREJUDICE** |
| Defendant. | |

COME NOW the parties and hereby stipulate to the dismissal with prejudice of all

claims, pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41, without any costs to

any party.

/s/ Ray Johnson
JOHNSON LAW FIRM
950 Office Park Road, Suite 221
West Des Moines, IA  50265
Telephone:  515-224-7090
Facsimile:  515-222-2656
E-Mail:  Johnsonlaw29@aol.com
ATTORNEY FOR PLAINTIFF

/s/ Benjamin P. Roach
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA  50309
Telephone:  515-283-3100
Facsimile:  515-283-3108
E-Mail:  bproach@nyemaster.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2014, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Ray Johnson
Johnson Law Firm
950 Office Park Road, Suite 221
West Des Moines, IA  50265
Telephone:  515-224-7090
Facsimile:  515-222-2656
Johnsonlaw29@aol.com

ATTORNEY FOR PLAINTIFF

/s/ Benjamin P. Roach
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA  50309
Telephone: 515-283-3100
Facsimile:  515-283-3108
E-mail:  bproach@nyemaster.com